**Order entered October 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00607-CV

### EX PARTE TIMOTHY PAUL REIFF

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X20-285-U**

### ORDER

By letter filed October 5, 2020, court reporter Victoria Franklin has informed the Court that no record was made of the underlying proceeding. Accordingly, as the clerk's record has been filed, we **ORDER** appellant, the Texas Department of Public Safety, to file its opening brief no later than November 6, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE